BISHOP, Respondent, v. LORGE, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by William F. Bishop individually, etc., against Julius B,

Lorge. C. E. Minor, for appellant. S. Keeler, for respondent. No opinion. Judgment and order affirmed, with costs.